UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Domah,

    Plaintiff,

v.                                              Case No. 18-cv-1231 (JNE/SER)
                                                  ORDER

United States Postal Service,

    Defendant.

In a Report and Recommendation dated September 5, 2018, the Honorable Steven E. Rau, United States Magistrate Judge, recommended that the United States Postal Service's Motion to Dismiss be granted and that this action be dismissed without prejudice. No objection has been received. The Court accepts the recommended disposition [Docket No. 23]. Therefore, IT IS ORDERED THAT:

1.     The United States Postal Service's Motion to Dismiss [Docket No. 9] is GRANTED.

2.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 2, 2018

                                                                s/ Joan N. Ericksen
                                                                 JOAN N. ERICKSEN
                                                                  United States District Judge